IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

VALERIA WHITMAN                                              PLAINTIFF

v.                              No. 3:25-cv-119-DPM

UNILEVER                                                     DEFENDANT

## ORDER

1.      Whitman's application to proceed *in forma pauperis*, Doc. 1, is granted.  While she reports some income, she also reports several expenses, a dependent, and little savings.

2.      The Court must screen Whitman's complaint.  28 U.S.C. § 1915(e)(2).  Whitman, a former employee of Unilever, says she was denied a supervisory position because of her gender and race despite unofficially working in the same capacity for more than a year. *Doc. 2.* She says Unilever promoted an individual with less experience and fewer qualifications, ignoring her previous fourteen years with the company.  After Whitman lost the promotion, she says the company began writing her up for things that weren't her fault and eventually fired her.  Whitman helpfully attached the EEOC's right-to-sue letter; she did not attach her charge of discrimination.

3.      The Court needs more information to evaluate her case. Whitman hasn't identified her race, age, job description, or experience. She says someone with less experience replaced her, but she pleads no

other specifics. For example, she gives no details about the write ups or her firing, including who was involved, when it occurred, and why she believes she was denied a promotion and eventually fired because of her age or race.

4.      Whitman must file an amended complaint with more details by 28 July 2025. If she doesn't, the Court will dismiss her complaint without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

30 June 2025

- 2 -