IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

VALERIA WHITMAN                                                            PLAINTIFF

v.                                   No. 3:25-cv-119-DPM

UNILEVER                                                                   DEFENDANT

### ORDER

In response to the Court's 30 June 2025 Order, Whitman filed an amended complaint with more details about her discrimination claims. *Doc. 5*. The Court will therefore re-screen her complaint, as amended. 28 U.S.C. § 1915(e).

Whitman, a black woman, worked at Unilever for fourteen years. She served as interim production supervisor for three of those years. She holds a bachelor's degree in management information systems and a master's degree in business administration. Whitman applied for the permanent supervisor position four times, but Unilever rejected her application each time. From 2018 to 2023, she says the company only hired non-black supervisors with little to no factory experience fresh out of college. *Doc. 5*. Unilever then required her to train each of the new supervisors. In early 2025, she was reprimanded on at least two occasions where other coworkers (both male and female) were not. Unilever fired her in March 2025. Whitman claims the company

refused to promote her, and ultimately decided to fire her, because of her race and gender.

Whitman's race discrimination claim goes forward. *See Allen v. Tobacco Superstore, Inc.*, 475 F.3d 931, 937 (8th Cir. 2007). Her gender discrimination claim is dismissed without prejudice. It's unclear whether the successful supervisor applicants were men or women. And she has explained that another female employee ("Keisha") was not written up for the doing the same things that she got written up for.

The Clerk must prepare summons for Unilever and provide copies of the summons, complaint, amended complaint, and this Order to the Marshal. The Marshal must serve process, without prepayment of fees, by registered mail, restricted delivery, return receipt required, on Unilever's registered agent, C.T. Corporation System, 320 S. Izard St., Little Rock, AR 72201, and on any registered agent, officer, managing agent, or any other agent authorized to receive service at Unilever, 2407 Quality Way, Jonesboro, AR 72401.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 August 2025