IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**VALERIA WHITMAN**                                          PLAINTIFF

v.                          No. 3:25-cv-119-DPM

**UNILEVER**                                                  DEFENDANT

### ORDER

Unilever's motion to extend, *Doc. 10*, is granted for good cause. It must respond to Whitman's amended complaint by 15 October 2025. Unilever hasn't timely contacted Whitman because it doesn't have her phone number or email address. The Court directs Whitman to give that information to Unilever's lawyer by 8 October 2025.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 October 2025